UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7TH CITY REALTY LLC; EMPIRE 345 SEVENTH LLC,

                Plaintiffs,

        v.

BOBA GUYS, INC.,

                Defendant.

No. 24-CV-215 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, Plaintiffs shall file a motion for summary judgment no later than May 3, 2024. Defendant shall file a response no later than May 24, 2024 and Plaintiffs shall file a reply no later than June 3, 2024.

    Additionally, Defendant shall advise Plaintiffs as to whether it intends to withdraw its counterclaim no later than April 17, 2024.

    If at any time the parties believe it would be productive to appear before Magistrate Judge Netburn for a settlement conference or to participate in the Court-annexed Mediation Program, they should notify the Court.

SO ORDERED.

Dated:    April 12, 2024
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge