UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7TH CITY REALTY LLC; EMPIRE 345 SEVENTH LLC, | |
| Plaintiffs, | No. 24-CV-215 (RA) |
| v. | ORDER |
| BOBA GUYS, INC., | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On June 7, 2024, the Court stayed this action pending the completion of mediation before the Court-Annexed Mediation Program. *See* ECF No. 23. On August 20, 2024, the Court received a final report of the mediator stating that the mediation was unsuccessful in resolving any issue in the case. *See* ECF No. 25.

No later than September 3, 2024, the parties shall file a joint letter informing the Court of their proposed next steps in this litigation.

SO ORDERED.

Dated:      August 27, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge