UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

7TH CITY REALTY LLC and EMPIRE 345 SEVENTH LLC,

        Plaintiffs,

    v.

BOBA GUYS, INC.,

        Defendant.

No. 24-CV-215 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As agreed at today's conference, the fact discovery deadline is hereby adjourned to January 31, 2025. No later than January 3, 2025, the parties shall file a revised proposed case management plan and scheduling order. The parties shall appear for a telephonic conference on February 20, 2025 at 11:00 a.m. Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. No later than February 13, 2025, one week prior to the conference, the parties shall file a joint letter updating the Court as to the status of the case.

SO ORDERED.

Dated:    December 20, 2024
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge