UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

7TH CITY REALTY LLC; EMPIRE 345 SEVENTH LLC,

    Plaintiffs,

  v.

BOBA GUYS, INC.,

    Defendant.

No. 24-CV-215 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 20, 2024, the Court ordered the parties to submit a joint letter updating the Court as to the status of this case no later than February 13, 2025. *See* ECF No. 36. To date, no letter has been filed.

The parties shall submit their joint letter no later than February 20, 2025 at 9:00 a.m. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: February 19, 2025
    New York, New York

                   _____
                   Hon. Ronnie Abrams
                   United States District Judge