UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

7TH CITY REALTY LLC and EMPIRE 345 SEVENTH LLC,

        Plaintiffs,

        v.

BOBA GUYS, INC.,

        Defendant.

No. 24-CV-215 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As agreed at yesterday's conference, the parties shall file a status letter no later than March 31, 2025 updating the Court as to whether settlement has been reached; if additional time is necessary and, if so, why it is needed; and whether the parties wish to schedule a conference with the Court.

SO ORDERED.

Dated:    February 21, 2025
             New York, New York

                                                                               _____
                                                                             Hon. Ronnie Abrams
                                                                             United States District Judge