

Steven W. Gold
Steven G. Mintz*
Jeffrey D. Pollack*
Elliot G. Sagor
Ira Lee Sorkin
Lon Jacobs
Steven A. Samide
Scott A. Klein
Terence W. McCormick***
Robert B. Lachenauer
Roger L. Stavis
Howard M. Topaz
Philip E. Altman
Charles A. Ross**
Richard M. Breslow
Barry M. Kazan*
Craig D. Spector*
Kevin M. Brown
Alexander H. Gardner
Heath Loring
Peter Guirguis

Matthew S. Seminara
Julia B. Milne
James W. Kennedy
Ryan W. Lawler*
Andrew A. Smith
Amit Sondhi
Michael Mooney
Adam K. Brody
Andrew E. Steckler
Alex J. Otchy*
Allison Pridmore
Victoria F. Muth
Carli M. Aberle
Zachary J. Turquand
Kellyann T. Ryan
Jason Leach****
Sitie "Esther" Tang
Benjamin S. Cotler

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California
****Also admitted in Texas

**Senior Counsel**
Jack A. Horn
Noreen E. Cosgrove
Timothy J. Quill, Jr.

**Of Counsel**
Honorable Vito J. Titone (*dec.*)
*NY State Court of Appeals 1985–1998*
Harvey J. Horowitz (*dec.*)
Honorable Howard Miller
*NY Appellate Div. 1999–2010* [ret.]
Alan Katz
Eric M. Kutner
Andrew P. Napolitano°
Brian T. Sampson
Erica Nazarian
Tara Shamroth
Jared Van Vleet
Simone Calzolai+

°Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City
+Admitted in Italy and the United Kingdom (Not admitted in the U.S.)

April 29, 2025

**VIA ECF:**
Hon. Ronnie Abrams
U.S.D.C., S.D.N.Y.
40 Foley Square, Room 2203
New York, NY 10007

**Re: Letter Motion for Adjournment of the May 9, 2025 Conference**
**7th City Realty LLC et al. v. Boba Guys, Inc., No. 24-CV-00215 (RA)**

Judge Abrams,

This firm represents defendant Boba Guys, Inc. ("Defendant") in the above referenced action. This letter motion requests an adjournment of the telephone conference scheduled for May 9, 2025 at 11:15 a.m.(the "Conference"). Defendant's counsel has a scheduling conflict and will therefore be unable to attend. Defendant respectfully requests an adjournment of the Conference to the following week of May 12-16 or any other later date that is convenient for this Court.

This request for adjournment is made with the consent of plaintiffs 7th City Realty LLC and Empire 345 Seventh LLC ("Plaintiffs"). There have been no previous requests for adjournment in connection with this Conference. At present, it does not appear that this adjournment will affect any other scheduled dates.





Accordingly, the undersigned counsel for the named Defendant respectfully requests that the Court grant the requested adjournment.

Respectfully,

*s/Carli M. Aberle*
Carli M. Aberle

cc: (via ECF): Scott L. Swanson

Application granted. The conference is hereby adjourned to May 16, 2025 at 11:30 a.m. Furthermore, consistent with the Court's Order of April 15, 2025, the parties were required to file an update as to settlement no later than April 28. To date, no letter has been filed. In light of the adjournment of the conference, the parties are ordered to file such update no later than May 9, 2025.

SO ORDERED.

Hon. Ronnie Abrams
April 30, 2025

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York NY 10016
O 212.696.4848 | F 212.696.1231
mintzandgold.com